IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DIANNE K. PARKER ) | Civil Action No. 5:22-cv-00090-M |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CARVANA, LLC; BRIDGECREST ) | |
| ACCEPTANCE CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

Counsel for Plaintiff Dianne K. Parker and Counsel for Defendants Carvana, LLC and Bridgecrest Acceptance Corporation (hereinafter "Defendants"), hereby stipulate that on April 6, 2022, Plaintiff consented to a twenty-one day extension of time for Defendants to respond to the Complaint, through and including May 2, 2022, without waiver of any defenses.

Respectfully submitted, this 18th day of April, 2022.

| | |
|---|---|
| */s/Ralph T. Bryant, Jr.* | /s/ *Ashia Crooms-Carpenter* |
| Ralph T. Bryant, Jr. | Ashia Crooms-Carpenter |
| N.C. Bar No. 18119 | N.C. Bar No. 54342 |
| 313 Clifton St., Suite F | Nelson Mullins Riley & |
| Greenville, NC 27858 | Scarborough, LLP |
| P.O. Box 723 | 301 South College Street / 23rd Floor |
| Newport, NC 28570 | Charlotte, NC 28202 |
| P: (252) 626-3267 | P: (704) 417-3000 |
| F: (252) 294-1624 | F: (704) 377-4814 |
| E: ralphbryant@ralphbryantlawfirm.com | E: ashia.carpenter@nelsonmullins.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

1

## CERTIFICATE OF SERVICE

I, Ashia Crooms-Carpenter, hereby certify that, on April 18, 2022 a true and correct copy of the foregoing was served upon Ralph T. Bryant, Jr. using the Court's CM/ECF System:

Ralph T. Bryant, Jr.
313 Clifton St., Suite F
Greenville, NC 27858
ralphbryant@ralphbryantlawfirm.com

*Attorney for Plaintiff*

This 18th day of April, 2022.

                                         *s/Ashia Crooms-Carpenter*
                                         **Attorney for Carvana, LLC and**
                                         **Bridgecrest Acceptance Corporation**