IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

No. 5:22-cv-00090-M

| | |
|---|---|
| DIANNE K. PARKER,<br><br>Plaintiff,<br><br>vs.<br><br>CARVANA, LLC, BRIDGECREST ACCEPTANCE CORPORATION,<br><br>Defendants. | **DEFENDANTS CARVANA, LLC AND BRIDGECREST ACCEPTANCE CORPORATION'S MOTION TO COMPEL ARBITRATION AND DISMISS (OR STAY) CASE** |

Defendants Carvana, LLC ("Carvana") and Bridgecrest Acceptance Corporation ("Bridgecrest," and together with Carvana, "Defendants"), through undersigned counsel, and pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 2 -4, submit this Motion to Compel Arbitration and Dismiss (Or Stay) Case.

In support of this Motion, Defendants show the Court the Declaration of Jordan Firman filed contemporaneously with this motion, including all exhibits thereto, and the accompanying memorandum of law.

WHEREFORE, Defendants Carvana, LLC and Bridgecrest Acceptance Corporation pray the Court as follows:

1

1. That the Court enter an Order granting this motion and compelling the parties to arbitrate their dispute, with the duty on Plaintiff to initiate the arbitration process pursuant to the arbitration agreement;

2. That the Court dismiss this action without prejudice, or in the alternative, stay this action, pending the completion of the arbitration; and

3. That the Court grant such other and further relief as the Court may deem just and proper.

Respectfully submitted this 2nd day of May, 2022.

        */s/Ashia Crooms-Carpenter*
        Ashia Crooms-Carpenter
        NELSON MULLINS RILEY &
        SCARBOROUGH LLP
        301 South College Street / 23rd Floor
        Charlotte, NC 28202
        (704) 417-3000
        Fax: (704) 377-4814
        ashia.capenter@nelsonmullins.com
        NC State Bar No. 54342

        *Attorney for Defendants Carvana, LLC and*
        *Bridgecrest Acceptance Corporation*

## CERTIFICATE OF SERVICE

I, Ashia Crooms-Carpenter, hereby certify that, on May 2, 2022 a true and correct copy of the foregoing was served upon Ralph T. Bryant, Jr. using the Court's CM/ECF System:

Ralph T. Bryant, Jr.
313 Clifton St., Suite F
Greenville, NC 27858
ralphbryant@ralphbryantlawfirm.com

*Attorney for Plaintiff*

This 2nd day of May, 2022.

*/s/Ashia Crooms-Carpenter*
**Attorney for Carvana, LLC and**
**Bridgecrest Acceptance Corporation**