IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00090-M

| | |
|---|---|
| Dianne K. Parker, ) | |
|    Plaintiff, ) | |
| v. ) | NOTICE OF SETTLEMENT |
| Carvana, LLC; ) | |
| Bridgecrest Acceptance Corporation, ) | |
|    Defendants. ) | |

Now comes counsel for the plaintiff, with consent of counsels for the defendants, and does hereby notify the court that the parties have agreed to the terms of a settlement that resolves all matters between the parties in this action. The parties expect to file a stipulation of dismissal within 30 days.

This the 2nd day of August 2022.

                          Ralph Bryant Law Firm

                          /s/ Ralph T. Bryant, Jr.
                          Ralph T. Bryant, Jr.
                          (N.C. State Bar No. 18119)
                          313 Clifton St., Suite F   Greenville, N.C. 27858
                          P.O. Box 723   Newport, North Carolina 28570
                          Phone (252) 626-3267
                          Fax    (252) 294-1624
                          ralphbryant@ralphbryantlawfirm.com
                          www.ralphbryantlawfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF SETTLEMENT, with the Clerk of Court using the CM/ECF system, which will send notification of such to the following CM/ECF participants:

Ashia Crooms-Carpenter
N.C. Bar No. 54342
NELSON MULLINS RILEY &
SCARBOROUGH LLP
ashia.carpenter@nelsonmullins.com
301 South College Street / 23rd Floor
Charlotte, NC 28202
Phone: (704) 417-3000
Fax: (704) 377-4814
*Attorney for Carvana, LLC and Bridgecrest Credit Company, LLC*

This the 2nd day of August 2022.

Ralph Bryant Law Firm
/s/ Ralph T. Bryant, Jr.
Ralph T. Bryant, Jr.
(N.C. State Bar No. 18119)
*Physical Address*:
  313 Clifton St., Suite F
  Greenville, N.C. 27858
*Mailing Address*:
  P.O. Box 723
  Newport, North Carolina 28570
Phone (252) 626-3267
Fax    (252) 294-1624
ralphbryant@ralphbryantlawfirm.com
www.ralphbryantlawfirm.com